540

479 A.2d 1105

Commonwealth v. Richards, Appellant.
Petition for Allowance of Appeal
Denied Oct. 15, 1984.

Submitted May 18, 1984. Mitchell A. Kaufman, Assistant Public Defender, for appellant; Melinda G. Tell, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Judgment of sentence affirmed.

479 A.2d 1105

Commonwealth v. Samuels, Appellant.

Submitted February 3, 1984. Robert D. Bacher, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, BECK and JOHNSON, JJ.

Judgment of sentence affirmed.